Case 1:12-cr-00026-SGW   Document 5-9   Filed 05/07/12   Page 1 of 16   Pageid#: 95
Attachment 7 to Agreed Statement of Facts
U.S. v. Abbott Laboratories

# 2001 LTC Strategic and Tactical Plan

Strategic Summary
Market Segment Overviews
Tactical Plan Detail
Planning T&E

November 8, 2000

# Depakote LTC
# 2001 Marketing Strategy

## Situation Analysis

### Background

- The geriatric market (65+ years of age) represented 13% of the U.S. Population in 1997 (34 million individuals). Approximately 16% of this group will present with a psychiatric diagnoses before death, and an additional 10% will be afflicted with Alzheimer's type dementia (3.5MM people).
- Of the Alzheimer's-specific group of patients approximately 30%, or 3% of the total elderly population, will exhibit significant psychopathological symptoms. Disruptive psychiatric behavior (ie: verbal/physical agitation and aggression) occurs in between 70-90% of dementia patients, and is the primary reason for nursing home admissions.
- Below are the 1-year prevalence rates for primary DSM-IV diagnostic category illnesses in the 65+population (MM):

  - Major Depression:      0.9
  - Bipolar Disorder:      0.2
  - Anxiety Disorder:      2.2
  - Schizophrenia:         0.2
  - Cognitive Impairment
    - Mild                 19.1
    - Severe               13.5

- Based on identified growth within the LTC channel, Abbott launched a devoted Long Term Care sales force in January of 1998. Market research indicated that the primary driver for prescription growth of Depakote was as a treatment for symptoms of agitation associated with Alzheimer's dementia. A sales force of 28 representatives and 1 account manager began detailing efforts focused towards consultant pharmacists, nursing directors, and medical directors in nursing homes.

  - The base nursing home business is 1.7 MM beds, and is growing at roughly 2-3% per year. Market dynamics (Medicaid reimbursement issues, staffing shortages, quality of care issues, expansion of assisted living facilities with higher acuity capabilities) are forcing a shift in the number of available beds and admissions; as a result, the nursing home business appears to be facing a slowdown in growth.
  - Seven pharmacy providers dominate the prescription drug management business and account for over 60% of the total nursing home beds. These providers are covered at the national level by Account Manager activity and by sales force members at the local level.

- The market for "anti-agitation" therapy has typically been comprised of antipsychotic and antidepressant or anxiolytic medications. Physicians typically considered neuroleptics (Haldol) as the first-line treatment for acutely aggressive patients, and continued treatment as maintenance in many cases. Benzodiazepine hypnotics were also highly prescribed as PRN medication.

- With the introduction of the atypical antipsychotic risperidone (Risperdal, REDACTED) in 1994, a major move away from neuroleptic medications was solidified. The OBRA act of 1987 and later the HCFA regulations have helped move atypical antipsychotics to the forefront of treatment for this cluster of symptoms in dementia. Market perception has been that atypical antipsychotics provide "safe haven" from regulatory restrictions. This in fact is not the case, and HCFA continues to refine codes to monitor atypical usage. Currently, divalproex is not grouped in the antipsychotic definition and therefore is not open to the same regulatory restrictions.

- Currently, Risperdal maintains the market share lead for treatments used in behavioral disturbances in dementia. Olanzapine (REDACTED, REDACTED), launched in 1996 has moved to the 2nd most prescribed position. Zyprexa

    - Both products have devoted LTC sales forces (100 and 125 representatives respectively), and will sell between **($300-375MM: CONFIRM)** in 2000.
    - Quetiapine (Seroquel, REDACTED) launched as the third atypical antipsychotic entrant in 1997, and is currently expanding its' presence in LTC through increased clinical research and marketing activity. It is currently completing the deployment of a devoted LTC sales force and account management team. **($ SALES)**
    - A fourth entrant, ziprasidone (REDACTED) may enter the market as early as 2Q01. This will be a particularly strong entry as REDACTED co-promotes REDACTED (donepezil) with REDACTED. REDACTED and promotes Zoloft, the number one prescribed SSRI in LTC. REDACTED will enter the market with a strong understanding of the LTC market and the related provider issues.
    - Two cholinesterase inhibitors are currently marketed in the US Market. REDACTED (Aricept) and REDACTED (Exelon) are both developing and promoting combined cognition and behavior management messages. A third compound was recently approved and is preparing to enter the US market (**BRAND**, selegeline; REDACTED).

- Mood stabilizer/anticonvulsant competition has been moderate and has consisted primarily of pockets of activity by Neurontin (REDACTED). Market advisors estimate increased clinical activity and promotional efforts for Neurontin to coincide with the product's takeover by REDACTED **(2000 $ SALES LTC)** Relatively little data exists documenting efficacy of other mood stabilizers; product safety profiles preclude uptake of lithium or carbamazepine. REDACTED appears poised to initiate data collection for oxcarbazepine.

### Key Issues

- **Factors enhancing Depakote growth for 2001 include:**

  - Sales force expansion from 28 to 55 devoted LTC representatives (completed 2Q00) and an two additional Account Managers (3 total LTC) to work with key influencers at the local level and pharmacy providers at the national level.
    - Territory disruption absorbed in 2000
    - Initial LTC physician-level data rolled out 4Q00
    - LTC Consultant Meetings executed 3/4Q00
  - Commercial Analysis initiative
    - Message recall (4Q00)
    - Rx Influencer definition (1Q01)
    - Market Expansion definition (Assisted Living, Retail; 1/2Q01)
  - Publication of two pivotal datasets for Depakote in nursing home patients (4Q00/1Q01)
    - M97-738: Depakote in Elderly Mania
    - VALIDATE: Depakote in signs/symptoms of Elderly Mania
  - LTC Provider contracting for Depakote (growth incentives) initiated 3Q00
  - Launch of Depakote ER and subsequent ER growth incentives with LTCPP
  - Account Manager implementation of disease state management programs to key providers (REDACTED and REDACTED initially).
    - Define market (agitation) vs. Competitive focus (psychosis)
    - Focus provider staff on safety advantage and lack of regulatory control vs. antipsychotics (OBRA and HCFA)
    - Leverage pivotal data publications
  - Increased promo spend vs. 2000
    - Comprehensive Educational initiative roll-out (2Q01)
    - Consultant Programs (1Q01)
    - NAM Program funding
  - Ongoing clinical activity involving Depakote (M99-082 and ADCS study).
    - Development of "neuroprotective" data and commercial message

- **Factors limiting growth include:**

  - Short term perceived lack of clinical data (controlled).
  - Diversity of influences on LTC Rx's.
  - Competitive pressure:
    - Sales force expansions; added nursing/pharmacy coverage
    - Relative promotional spend and lost SOV **(BACKUP/ LTC)**
    - New entrants (Exelon, ziprasidone, selegeline)
    - Aggressive competitive contracting/bundling at provider level

- Entrenched treatment pattern (antipsychotics) at primary care level and current lack of PCP channel coverage.
- Depakote labeling considerations:
  - Perception of monitoring requirements at PCP level
  - Hepatotoxicity, pancreatitis, geriatric dosing warnings
- Valproic Acid initiatives at provider level
- Lack of clinical data for Depakote ER; size of 500mg formulation.

## Segmentation

- The Long Term Care Channel is segmented in terms of prescribers and non-prescribers
  - Prescribers: Geriatric Psychiatrists, Consultant Psychiatrists, Medical Directors, Consulting Geriatricians (GP/FP), Nurse Practitioners
  - Non-Pre scribers: Pharmacy Providers, Consultant Pharmacists, Nurses

- **Use Segmentation**
  - Estimated available uses for Geriatric population;
    - Behavior Disorders associated with Dementia: 70-80%
    - Seizure Disorders/other: 20-30%
  - Behavioral Disturbances
    - Of 4.1MM dementia patients, minimally 2.9MM (70%) will experience BDD
      - Primary disturbances
        - Depression: 10-80%
        - Anxiety: 20-60%
        - Psychosis: 5-49%
        - Agitation/Aggression: 10-90%
    - Depakote is 1st-line therapy in agitation/aggression; adjunctive therapy (for suboptimal control) in agitated depressed, anxious, or psychotic patient
  - Seizure Disorders (all)
    - Approximately 24% of population 65 years+ have a seizure disorder
    - Total SNF population estimated to be taking anticonvulsant at given time: 10-25%
      - Depakote is 1st-line therapy for geriatric seizure patients who are candidates for maintenance AED therapy

- **Channel Segmentation: Messages**
  - Prescribers:
    - Psychiatry: 1st line maintenance treatment and effective adjunctive control of agitation and aggression associated with Alzheimer's disease.
      - Safe (well tolerated), proven effective alone and as adjunct TX, easy to initiate and titrate with flexible dosing and new ER formulation.
    - General Medicine: 1st line maintenance treatment and effective adjunctive control of symptoms of agitation and aggression associated with normal progression of Alzheimer's disease.

Attachment 7 to Agreed Statement of Facts
U.S. v. Abbott Laboratories
Case 1:12-cr-00026-SGW Document 5-9 Filed 05/07/12 Page 6 of 16 Pageid#: 100

- Safe (vs. antipsychotics, not regulated by OBRA/HCFA), proven effective and considered 1st line by Expert Consensus panel, easy to initiate and monitor with flexible dosing, allows antipsycotic dose reduction. ER formulation offers improved tolerability and once daily dosing.
- Secondary Message: Depakote is a first-line treatment for seizure disorders in the elderly, with specific benefits (broad spectrum, use in co-morbidity, use as mono or combo-therapy, lack of drug interactions, and lack of negative cognitive adverse effects) compared to phenytoin and carbamazepine in this population.

- Non-prescribers: Consultant Pharmacists
  - Proven 1st line maintenance for symptoms of agitation and aggression in dementia.
    - Depakote is clinically proven, safe treatment for maintenance treatment in the nursing home; use is not regulated by OBRA/HCFA. This allows antipsychotic reduction/removal at the individual nursing home level.
    - Depakote is a cost-effective alternative to atypical antipsychotics.
    - Flexible formulations are ideal for geriatric patients (ER allows improved tolerability and QD dosing, fewer med pass errors, and reduced staff time) while sprinkle provides smooth blood levels ideal for initiation and maintenance at lower doses.
    - Secondary Message: Depakote is a first-line treatment for seizure disorders in the elderly; lack of cognitive effects and drug/drug interactions provide benefit over current first-use therapies phenytoin and carbamazepine.
- Non-prescribers: Nursing
  - Proven 1st line maintenance for symptoms of agitation and aggression in dementia.
    - Clinical data supports Depakote as a safe and effective treatment in this population. It is not an antipsychotic, and therefore is not associated with adverse events such as EPS/TD, anticholinergic effects, or hypotension. It is also not regulated by OBRA/HCFA, and allows for either antipsychotic dose reductions or elimination. Depakote ER and sprinkle offer convenient formulations for initiating and titrating; ER can be dosed once daily which helps significantly save staff time and cut down on Medication Pass errors.
    - Depakote is also an effective therapy for seizure disorders, with substantial benefits vs. Carbamazepine and phenytoin in terms of broad spectrum of activity, use in co-morbidity, relative lack of drug interactions, and lack of cognitive adverse events particularly associated with phenytoin.
- Non-prescribers: LTC Pharmacy Providers with NAM coverage
  - Proven 1st line maintenance treatment for agitation and aggression in dementia
    - Substantial clinical data to support clinical use
      - As effective in agitation and aggression as antipsychotics with more benign adverse event profile
      - Cost savings vs. Atypical antipsychotics (combination use allows lower AP doses)
    - ER available; data is being generated at nursing home level
      - ER formulation will help cut med pass errors and reduce staff time in dispensing tablets
    - Not monitored by OBRA/HCFA

- Committed effort by Abbott to partner with providers
  - Depakote contract and ER incentive
  - DSM Programs include ER data

- **Channel Segmentation in 2001**

  - Current focus is prescribers. Targets include geriatric/consulting psychiatry and Medical Director/Geriatrician in nursing home channel. Representatives detail Rx influencers at nursing home at retail settings.
  - Secondary emphasis is on nursing home staff (nurses/consultant pharmacists).
  - NAM coverage of key LTC Provider personnel at national/regional level; sales force management and rep coverage of pharmacy staff at local level.

- **2001 Plan**
  - Maintain focus on prescribers 1st trimester; initiate analysis of Rx influencers on national level 4Q00/1Q01 to identify ideal customer mix and message.
    - Regional call focus to be determined by business conditions (sales management).
  - Evaluate BDD message in neurology
  - Evaluate epilepsy message in nursing home and LTC market.
  - Target non-prescribers through educational programming and direct personal promotion at key accounts. NAM coverage to continue at national level; secondary influence through national DSM programs.
  - Evaluate market expansion (ALF, regional providers, SNF chains) opportunities 1/2Q01.
  - Evaluate potential for new neuroscience products and non-neuroscience products in the LTC/geriatric markets.

**Channel Segmentation: plan**

- Currently focus on physicians and staff who work within framework of nursing home facilities. Large nursing homes have historically been the outlets which house advanced Alzheimer's dementia patients. As stated earlier, presentation of psychiatric symptoms is a primary driver of patients into nursing facilities. Trends today point towards earlier treatment of dementia and its' associated behavioral disturbances. Additionally, increased operational costs have begun to limit the growth of true nursing homes.

- In order to optimize penetration, we will perform analysis and identify expansion strategy into LTC Channel growth segments:
  - Assisted Living and Home Health Care: these are the two fastest growing segments of the LTC/geriatric market. High operating costs and the prospective payment system now limit the ability of large, staffed nursing homes to function profitably.
  - We will evaluate both of these markets and implement a two-part plan to impact pharmacy providers and prescribers in these channels. Due to key LTCPP involvement in

ALF market, initial strategy will address this segment. Home Health Care and Regional Providers/Nursing Chains will be evaluated during Tri.2/01.
- Commercial Analysis plan to be completed 11/00. (See attachment "Commercial Analysis" for channel segment plans, data collection methodology, and timelines.

### Product Positioning

- Launch position (1/98): 1st line treatment for manic-like agitated symptoms ("Psychobehavioral Metaphor").
  - Message: Logical, Rational, Safe, Easy to Use

- Re-position/M97-738 results (8/99): 1st line treatment for agitation in elderly dementia patients
  - Message: Safe, Effective, Easy to Use

- Current position (10/00): 1st line maintenance treatments for symptoms of agitation and aggression in elderly dementia patients.

  - This position more accurately reflects the treatment process followed by geriatric physicians and psychiatrists. Agitation manifests as numerous specific symptoms, most of which tend to respond to treatment with a mood stabilizer (Consensus Guidelines). This clarified statement positions Depakote as a first choice for maintenance treatment of agitation and aggression, regardless of specific symptomology, and allows for flexibility as an initial or adjunctive treatment. It also aligns more directly with clinical use of mood stabilizers vs. Antipsychotics (which are initiated for acute Tx and then erroneously left on as maintenance treatment).

    - Safety vs. atypical antipsychotics is the key differentiation for Depakote (lack of EPS, cholinergic AEs, hypotension). This is reinforced with the noticeable exclusion to date from regulatory action in OBRA or HCFA.

    - Antipsychotics are currently believed to be more effective based on historical use and a large database of clinical trials. Antipsychotics position themselves as first line for the "psychotic" symptoms of dementia. Through interpretation of cognitive deficit associated with Alzheimer's itself as "psychotic" symptoms, competitive companies have gained acceptance as first-line therapy.

    - Depakote has been proven effective in clinical trials (open and double-blind). *Expert Consensus Guidelines* published in 1998 also position Depakote as first or second-line (adjunct) maintenance treatment for agitation and aggression. Two pivotal publications are planned for 4Q00 and 2Q01 supporting claim.

    - M97-738 has helped us more clearly understand the dosing parameters and patient monitoring issues related to Depakote use in the nursing home. Doses in the

500-1000mg range will typically be considered maintenance doses. In clinical studies, initiation over 2-4 weeks was well tolerated by subjects.
- M99-082 will define optimal dosing for the nursing home population and will establish primary criteria for efficacy in "agitation" vs. "Mania."
- NIA Protocol will support the dosing, efficacy and safety message utilizing the sprinkle formulation, which currently accounts for 15-20% of LTC use.

# Neuroscience Market Segment Analysis

Priority Segment: Agitation (Dementia)

| Criteria | Comments / Analysis |
|---|---|
| Rationale for Focus | -Depakote proven effective in multiple pilot studies of agitated dementia population (clinical utility high); Two double-blind, clinical studies accepted for publication (Q400 and Q101).<br>-Market has high clinical unmet need. There is moderate to heavy competitive activity in this market, however Depakote is positioned uniquely as a non-antipsychotic compound. Cholinesterase inhibitors are marketed for cognitive and behavioral symptoms associated with Alzheimer's disease.<br>-Alzheimer's dementia continues to grow as population ages, placing emphasis on need for early and continued treatment of symptoms of agitation. The primary reason for skilled care facility admissions is uncontrollable behavioral disturbances (~70%). |
| Positioning | -Depakote is a first-line maintenance treatment for symptoms of agitation and aggression associated with Alzheimer's dementia.<br>-It holds a unique position as the only well-documented mood stabilizer proven effective in this population; this position is supported primarily by the safety profile Depakote offers compared to current first-line therapy (antipsychotics). It also offers ease of use in this population (dosing flexibility, few drug interactions, lack of monitoring, and a broad array of formulations). |
| Core Messages | -Depakote is safe medication in the geriatric population. It uniquely offers no risk of EPS/movement disorders, anticholinergic effects, and relatively few drug interaction considerations. It is well tolerated in the geriatric population when dosed appropriately.<br>-Depakote has been proven effective in significantly reducing the symptoms of agitation and aggression in patients with Alzheimer's dementia. It can be used as monotherapy or in combination with commonly prescribed psychotropic medications in the symptomatic treatment of agitated and aggressive symptoms.<br>-Depakote therapy is easy to initiate and maintain. Formulation flexibility allows initiation at low doses (125mg tablet or sprinkle), titration to effective levels, and maintenance treatment with once daily Depakote ER. |
| Clinical Data Inventory | Completed ABT Studies<br>-M97-738: Depakote in the Treatment of Mania Associated with Alzheimer's Dementia. Study initiated in 1997 with goal of supporting Depakote Mania label. Study was suspended in March of 1999 due to abnormally high incidence of somnolence and anorexia. Primary data analysis did not support efficacy in mania; secondary analysis did support a statistically significant response for Depakote treated patients in verbal and overall agitation scores. Adverse events were deemed to be the result of an overly aggressive initiation and titration schedule. Study results were presented as poster at APA 2000. Manuscript has been accepted for publication Q101 in Current Therapeutic Research.<br>In-Progress ABT Studies<br>-M99-082: Depakote in the Treatment of Agitation Associated with Alzheimer's Dementia. Initiated |

Attachment 7 to Agreed Statement of Facts
Case 1:12-cr-00026-SGW   Document 5-9   Filed 05/07/12   Page 11 of 16   Pageid#: 105
U.S. v. Abbott Laboratories

|  | |
|---|---|
|  | January 2000; double-blind, placebo controlled, randomized study of Depakote in agitation. Primary efficacy variable is reduction in agitation scores (Cohen-Mansfield Agitation Index). Goal is publication of data in tier 1 journal, with potential use as one of two labeling studies (pending FDA decision on agitation definition; Abbott-led consensus panel planned 2Q01).<br><br>External Publications<br>-Multiple pilot studies support efficacy and safety message in Alzheimer's dementia market. See clinical data inventory "Depakote in Dementia."<br>-VALIDATE study (U. of Rochester) accepted for publication in 12/00 issue of JAAGP. |
| Key Strategies | -Position Depakote as first-line maintenance treatment for agitation and aggression either alone or as adjunctive therapy in uncontrolled patients; position ER appropriately. Secondary epilepsy detail.<br>-Continue to direct sales force efforts to key LTC prescribers trimester 1 01. Support education of LTC non-prescribers (RN/Consultant Pharmacist) at territory level based on influence of local business.<br>-Initiate LTC Commercial Analysis plan 4Q00/1Q01 to answer key questions related to target channels, customer segments, and messaging. Implement findings beginning trimester 2 01.<br>-Support Nam and field pull-through initiatives with national pharmacy providers (DSM and other).<br>-Increase CME programming to support product positioning.<br>Drive dissemination of major data (M97-738 and VALIDATE) through sales force and educational efforts.<br>-Support ongoing clinical research (NIA/Alzheimer's Agitation) and basic science (Neuroprotection) efforts. Develop and disseminate educational message for neuroprotective therapy. |

# Neuroscience Market Segment Analysis

**Priority Segment: Geriatric Seizure Disorders**

| Criteria | Comments / Analysis |
|---|---|
| Rationale for Focus | -Depakote is a broad-spectrum anticonvulsant effective in controlling partial and generalized seizures. Approximately 25% of the population 65+ will experience a seizure disorder. It is estimated that between 20-40% of patients in long term care facilities receive anticonvulsant treatment.<br>-Depakote is currently gaining acceptance as maintenance pharmacotherapy for behavioral disturbances in this population. It has a broad array of formulations including an I.V. for the emergency room setting, a sprinkle formulation, and an ER form, which provides improved tolerability and once daily dosing. In the geriatric market, the "nuisance" adverse events often mentioned in the child or adult populations do not inhibit use (particularly, teratogenicity, weight gain, and hair loss). Despite a significant adverse event profile, Dilantin continues to be heavily prescribed in the LTC market.<br>-The LTC sales force has capacity to deliver a secondary detail to appropriate customers in long term care (Medical Directors, GP/FPs, Nurse Practitioner/RNs, Consultant Pharmacists). |
| Positioning | -Depakote is a proven, broad-spectrum AED ideal for first-line use in the elderly. |
| Core Messages | -Depakote is a clinically proven, safe treatment for all seizure types in the geriatric population. It offers few drug interactions and a lack of cognitive adverse events compared to other first-line AEDs.<br>-Depakote is effective in both partial and generalized seizures. Additionally, it can be used for patients with co-morbid seizures and behavioral disturbances.<br>-Depakote is easy to use in the geriatric population. It offers multiple formulations including an I.V. for use in emergency settings, a sprinkle capsule and ER tablet which offer smooth, steady blood levels, an improved adverse event profile and once daily dosing. |
| Clinical Data Inventory | <u>Completed ABT Studies</u><br>-Pivotal studies in the label for partial seizures (Beydoun and Willmore) support first-line use alone or as adjunctive therapy. Other supportive data available for Depacon.<br><u>In-Progress ABT Studies</u><br>-Depacon rapid infusion study will support PCP educational efforts.<br><u>External Publications</u><br>-Multiple review papers support valproate as a first-line treatment in geriatric seizure patients. |
| Key Strategies | -Continue to detail Depakote for geriatric seizure disorders during 1st trimester using pivotal data. Initiate commercial analysis (ATU) and MDS database projects to clearly define phenytoin/other AED use in LTC and to create specific, targeted message for customer segments.<br>-Incorporate seizure treatment into CME plan for 2001 educational programming.<br>-Coordinate Depacon educational efforts to impact Rx initiators. |

| LTC TACTICS | JAN-DEC 01 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | Promo Category | Promo Code | Program/Event | Objective | Channel Targeted | Details/dates (if applicable) | Total cost (if applic) | Expected reach | Total Cost in 2001 | Cost/Exposure | Person Responsible/Vendor | Comments |
| Sales Force Support | Samples/Free Goods | 1 | Vouchers | Drive utilization/trial MDs | LTC MDs (Retail) and Geriatric Psychs; NPs? | Q1 | $20,000 | 500 | $20,000 | $40 | Psych Team | Vouchers TBD per MktgmGM |
| | Reminder items | 2 | LTC Branded Pens/Pads/Post/Clipboards | MD Premeds/leave behinds | All LTC Segment Targets | Q1-4 | $75,000 | 10000 | $75,000 | $8 | Creative Services | Trimester 1-3 premiums |
| | Reprints | 3 | T39 Reprint for dissemination | Distribute data w/out dissemination policies to target customers | All LTC Segment Targets | Q1-4 | $20,000 | 10000 | $20,000 | $2 | MPD/Creative Services | M17,T38 Q1 based on publication date |
| | | 4 | VALIDATE Reprint for dissemination | Distribute data w/out dissemination policies to target customers | All LTC Segment Targets | Q1 | $20,000 | 10000 | $20,000 | $2 | MPD/Creative Services | VALIDATE Q1 based on publication date, rd out for Jan. Nat'l mtg |
| | | 5 | M99-303 Data (Psychosis) | Data distribution by LTC | All LTC Segment Targets | Q4 | $20,000 | 10000 | $20,000 | $2 | MPD/Creative Services | Twelve TBD |
| | Other Publications | 6 | Educational/non-product literature | Rep Ed and materials | Sales Force | Q1-4 | $20,000 | 70 | $20,000 | $250 | Training/Creative Services | Account Management, Interview Training |
| | Sales Aids | 10 | LTC Flashcards | Patient type support of LTC message | All LTC Segment Targets | Q1 and Q3 | $10,000 | 10000 | $10,000 | $1 | Creative Services | Re-work for flashcards pulse (F/B and SOI) |
| | | | LTC Hospital Panel | Patient-type flashcard data on display panels for interviews | Consult Phcy, RN/DON | Q2 | $10,000 | NA | $10,000 | NA | Creative Services | Based on MR approval |
| | Warehead | 14 | Sales Force Warchest Funding | Funding to support territory and district level promo Initiatives | LTC Targeted MDs/Consult. Phcy, RN/DON | Q1 and Q2 $/location | $110,000 | 400 | $110,000 | $157 | Marketing/OMs | Based on 500/Rep/Semester; $0 Reserve of $4K |
| | | | NAM Project Warchest Funding | Support new pull-through activities for key LTC Pharmacy Providers | LTC Pharmacy Providers; Key SKP Chains: VA/REC; NAM (tbd) | Q1-Q3 | $300,000 | TBD | $300,000 | TBD | NAMs/Marketing | Pool amount TBD based on funds available from non-executed CME |
| Meetings | | 15 | Sales Force | National/Other Sales Meeting Charges | Sales Force | Q1 and Q2 | $50,000 | NA | $50,000 | NA | Marketing | Marketing coverage of meeting costs, Estimate per G. Ryan |
| | Launch Meetings | 16 | Sales Force | Setting support | Sales Force | NA | $0 | NA | $0 | NA | Marketing | |
| | Incentives | 17 | Incentives/Promotions | Rep motivation | Sales Force/Management | National and T/I mtgs | $30,000 | 70 | $30,000 | NA | Creative Services | TBD w/Award Mktng/QRs |
| | Other | 21 | Misc. print/photography | Rep support | Sales Force | Trimester messages | $30,000 | NA | $30,000 | NA | Marketing/Creative | Misc. charges |
| Sales Training | | | ISTC Preceptorships | ISTC training | Sales Force | TBD, based on ISTC schedule | $5,000 | TBD | $5,000 | TBD | Sales Training Managers | Split nursing home preceptorship w/Training |
| | | | ASTC Preceptorship w/Alan Siegel | Advanced LTC training for expansion reps | Sales Force | April and May/June | $22,500 | 30 | $22,500 | $750 | Marketing/Larry Worhold | Committed to 2 classes; size and final dates TBD |
| | | | Training Materials | General LTC/Geriatrics background materials | Sales Force | June | $15,000 | NA | $11,000 | NA | Sales Training | ISTC materials/Rep Ed (topline/background etc.) |
| Field Advisory Board | | | Peer Advisory meetings, feedback, cont. eds | Obtain field feedback on new promo materials and sales training; launches were as needed, no effectiveness/what are needed | NA | February/March | $0 | NA | $0 | NA | Marketing, sales training, clinical | |

| LTC TACTICS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Peer/Opinion Leader | Related Speaker Costs | 31 | Misc. Speaker Costs | Cover ad hoc requests for OL speaker fees etc. | LTC Advisory Board and Opinion Leaders | Q1-4 | $20,000 | NA | $20,000 | NA | Marketing/NAM/Managers | Covers ad hoc requests |
| | Conventions | 32 | AAGP | Increase awareness, educate on Depakote | Geriatric Psych Assoc. | Feb; San Francisco | $15,000 | 1500 | $25,000 | $15 | Marketing/Convention Services | Exhibit/Rep costs |
| | | | AMDA | Increase awareness, educate on Depakote | American Medical Directors Assoc. | March; Atlanta | $21,800 | 2000 | $21,800 | $11 | | |
| | | | AGS | Increase awareness, educate on Depakote | American Geriatrics; Geriatricians and LTC MDs, Consult. Phcy, RN | May; Chicago | $34,000 | 1500 | $34,000 | $23 | | |
| | | | US Geriatric/LTC | Increase awareness, educate on Depakote | LTC MDs (primary), Consult Phcy and RN (secondary) | June; San Diego | $27,000 | 1800 | $27,000 | $15 | | |
| | | | AMDA Summer Conf | Increase awareness, educate on Depakote | AMDA members | June; TBD | $2,000 | 200 | $2,000 | $10 | Sales Manager in host city | |
| | | | MADONNA | Increase awareness, educate on Depakote | Directors of LTC Nursing | August; TBD | $4,000 | 360 | $9,000 | $36 | | |
| | | | US Gerontological NP | Increase awareness, educate on Depakote | Geriatric Nurse Pract. | Sept; TBD | $1,000 | 300 | $1,000 | $3 | Sales Manager in host city | |
| | | | ASCP Summer Conf | Increase awareness, educate on Depakote | Consultant LTC Pharmacists | May; TBD | $10,000 | 400 | $10,000 | $25 | | |
| | | | ASCP Fall | Increase awareness, educate on Depakote | Consultant LTC Pharmacists | Nov; TBD | $20,000 | 500 | $20,000 | $33 | | |
| | | | APNA | Increase awareness, educate on Depakote | Geri Psych/Psych RNs | October; TBD | $7,500 | 400 | $7,500 | $19 | | |
| | | | AAPA symposia | Increase awareness, educate on Depakote | Psychiatry/Geriatric Psych | May; TBD | $10,000 | 4400 | $10,000 | $3 | Marketing | Split costs w/Psych; send LTC reps? |
| | Symposia | 34 | AAGP | Dorothy ALZ/Neuroprotection Message | Geriatric Psychiatrists | Feb; San Francisco | $155,000 | 400 | $131,000 | $300 | Marketing/Abcomm | FAJ w/AAGP and CME Followup programs targeting LTC |
| | | | AMDA | Develop BOD/Aghasion Message | Medical Directors | March; Atlanta | $45,000 | 400 | $45,000 | $225 | Marketing/Abcomm | Followup sessions w/LTC target CME and publications |
| | | | APA | Develop Mood/Neuroprotection message w/Psychs | Psychiatrists/Geriatric Psychs | May; New Orleans | $110 | 1000 | $110 | $110 | Split w/Psych team 50/50; Mktng/Abcomm | Followup content w/target CME and publications |
| | | | AGS | Role of Antipsychotics in Geriatrics | Geriatrics/GP/FP, Consult Phcy and RN (secondary) | May; Chicago | $110,000 | 500 | $110,000 | $180 | Mktng/Abcomm | Followup set every/Means for content and medouts |
| | | | US Geriatric/LTC Congress | Mood Stabilizers in BOD | Geriatrics/mt, TC MDs Consult. Phcy, RN | June; San Diego | $95,000 | 800 | $95,000 | $120 | Marketing/CME Inc | Build CME component as Vu |
| | | | ASCP | BOD/Acroudent Message | Consultant Psychs | Nov; Chicago | $50,000 | 300 | $150,000 | $115 | Marketing/TBD | In conjunction w/ASCP CME program? |
| | | | AMDA Summer Conf | BOD/Medical Director msg | Medical Directors | TBD | | 200 | $20,000 | $100 | Mktng/TBD | lone Angeles content? |

Page 13 of 16

Attachment 7 to Agreed Statement of Facts
U.S. v. Abbott Laboratories

| LTC TACTICS | JAN-DEC 01 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | Promo Category | Promo Code | Program/Event | Objective | Channel Targeted | Dates/places (if applicable) | Total cost (if applic) | Expected reach | Total Cost in 2001 | Cost/Exposure | Person Responsible/Vendor | Comments |
| Sales Force Support | Samples/Free Goods | 8 | Vouchers | Drive initial trial/retrial MDs | LTC MDs (Retail) and Geriatric Psychs; NPs? | Q1 | $20,000 | 500 | $20,000 | $40 | Psych Team | Vouchers TBD per M&er/Rock |
| | Faculty Advisory Boards | 35 | District Consultants: Q1 | LTC Peer Influence | LTC MDs/Prescribers; some high potent | Jan-Mar 2001 | $420,000 | 350 | $420,000 | $1,200 | Marketing/TBD | Q1 only; Q2 Masters starts |
| | | | Psych Advisory | LTC Involvement w/Nat'l psych | LTC National Advisors | Jan; Beaver Creek | $15,000 | 2 | $15,000 | $7,500 | Marketing/HALO | Only 2 LTC Advisors |
| | | | Sales Force National Meeting | LTC MD Presentation/Training | LTC Sales Force | Jan; New Orleans | $5,000 | 75 | $5,000 | NA | Marketing/RTS | Confirm Nat'l agenda; speaker |
| | | | LTC National Advisory | LTC faculty development | Geriatric Opinion Leaders | 2Q01; location TBD | $40,000 | 15 | $40,000 | $2,500 | Marketing/TBD | LTC Faculty development |
| | Fellowships | 36 | LTC CME Mini fellowships | LTC Message Development | LTC MDs/NPs/Gert Psychs | 2/3Q01 | $180,000 | 150 | $180,000 | $1,200 | Marketing/ABcomm | TBD based on Masters? |
| | Seeding Trials (NML) | 37 | NML LTC Projects | Support message/clinical | LTC MDs/Phcy Providers | Q1-4/2001 | $150,000 | NA | $150,000 | N/A | Sickler/NMLa | Schedule projects w/meetings |
| Peer Opinion | Grants | 38 | ABcomm Grand Rounds | LTC Support of CME/Non-CME programming | Physicians/LTC Targets | Q1-Q4/2001 | $420,000 | NA | $420,000 | NA | Linda Saari/ABcomm | $Amount TBD based on Masters; Allocation per district |
| | | | CME Grant (Neuroscience Masters Program) | Support LTC Portion of 2001 Comprehensive CME program | LTC Ger/Psych, Medical Dir, RN/Phcy | Trimester 2-3, 01 | $400,000 | 1000 | $400,000 | $400 | Marketing/Vendor TBD; see proposals re: specifics | Bid process ongoing; SPMi manage channel content; SEE incremental funds to make up 2nd part of LTC portion |
| | | | UCLA Foundation | Support Alzheimer's Clinical Program | UCLA Alz/Psych Dept | May 2001; LA | $10,000 | TBD | $10,000 | NA | Roger Aumann/Gary Small MD | Support for UCLA Alz Charity |
| | | | Yale Geriatric Psych Program | Support Craig Nelson | Geriatric Psychs / LTC MDs | 2001 | $5,000 | TBD | $5,000 | NA | Marketing/Contact Larry Winfield | Supported '99/00; call Craig re: 01 plans |
| | | | USC Outreach Program | Support Lon Schneider | Geriatric Psychs | 2001 | $5,000 | TBD | $5,000 | NA | Marketing/contact Roger Aumann and Cedric C??? | Supported '00; call Lon re: 01 |
| | | | Craig Nelson; Am Society of Neuropsychopharmacology | Grant for publication by Nelson, Swann, TBD targeting IA | Psych/Gert Psychs | 1Q01 | $40,000 | TBD | $40,000 | TBD | Marketing/Craig Nelson | Committed support for 01 pub in 00; call re: content |
| | | | ANPA National Meeting | New Psych/LTC Message to Neuropsychiatry experts | Neuropsychiatrists | Jan 01 | $5,000 | TBD | $5,000 | TBD | Marketing/Tom McAllister | Call Tom to make payment; team $10K; spkl at psych |
| | | | National Conf. Gerontological Nurse Practitioners | Support CME/Nat'l Mtg | LTC NPs | Sept 2001; TBD | $5,000 | 500 | $5,000 | $10 | Mktng; DM at Nat'l Mtg etc | Contact Jodie Amazon-Lece |
| | | | | | | | | | | | | |
| Direct Marketing | Direct Mail etc. | 50 | Member list acquisition | Cover yearly list requests | LTC Target Organizations | Q1-4/01 | $10,000 | NA | $10,000 | NA | Commercial Analysis | List acquisition fees depend on org; contact Comm.Analysis |
| | | | | | | | | | | | | |
| Market Research | Misc. Studies | 73 | | | | | | | | | | |
| | | | LTC ATU (message development) | Identify key messages by LTC segment type | Physicians, Pharmacy Provider, RN | Initiate Q1 01 | $40,000 | NA | $40,000 | NA | Marketing/Jeff Borman | Need to frame questions and objectives |
| | | | Rx "Influencer" Targeting Analysis | Create channel/target segmentation | All LTC (MD/RN/Phcy) | Initiate Q1 01 | $100,000 | NA | $100,000 | NA | Marketing/Jeff Borman | Goal: call plan and targeting (value/LTC Target type) |
| | | | Omnicare MDS Database | Define LTC key Dx and Tx patterns; Depakote uses | LTC Pharmacy Providers and Rx Influencers | Initiate Q400; queries will continue 1Q01 | $25,000 | NA | $25,000 | NA | Dave Meinart/Jeff Borman | LTC Business overview based on p. database (actuals) |
| | | | LTC Channel Segmentation | Segment potential size (ALF, Home Health, Retail) | LTC | Initiate Trimester 201 | $30,000 | NA | $30,000 | NA | Marketing/Jeff Borman | Initial ALF/Home Health analysis and rec's |

Case 1:12-cr-00026-SGW  Document 5-9  Filed 05/07/12  Page 15 of 16  Pageid#: 109
Attachment 7 to Agreed Statement of Facts
US v. Abbott Laboratories

JAN-DEC 01

**LTC TACTICS**

| Category | Promo Category | Promo Code | Program/Event | Objective | Channel Targeted | Details/phases (if applicable) | Total cost (if applic) | Expected reach | Total Cost in 2001 | Cost/Exposure | Person Responsible/Vendor | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Force Support | Samples/Free Goods | 8 | Vouchers | Drive Initial Nutritional MDs | LTC MDs (Retail) and Geriatric Psychs; N=? | Q1 | $20,000 | 800 | $20,000 | $40 | Psych Team | Vouchers TBD per MikeRoss |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | Target main study publication in Jan/Q2; continue with additional analyses and papers | | | | | |
| Public Relations | | | PR Support: T3b, VALIDATE data, Neuroprotection | Target key pediatric data | LTC Professionals, consumer | Q1/Q2 | approx $50,000 | TBD | $50,000 | TBD | Marketing/PR In-house | Time released re: pub dates here. Neuroprotection prerelease times. |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Non Tactical Costs     Agency fees     ALL

Budget Outline 11/00:           $4,300,000

# LTC 2001 Planning T&E

| January<br>Trimester 1 | May<br>Trimester 2 | August<br>Trimester 3 |
|---|---|---|
| **In Development**<br><br>Commercial Analysis<br>LTC Market ATU<br>Rx "Influencer" Analysis (Optimal Detailing Anaylsis)<br>LTC/SR Overlap analysis<br>REDACTED MDS Database Analysis<br>LTC Consultant Surveys<br>Neurology<br>• Geriatric Epilepsy Analysis (Market Potential/Message)<br>• BDD Neurology Potential<br><br>Sales Reporting<br>Retail Sales Impact of LTC Sales Force<br>LTCPP Contract Impact Tracking<br>ER Sales Tracking<br>Tactics<br>CME Video/Monograph: BDD: Role of Mood Stabilizers<br>Comprehensive CME Package ("Masters")<br>Training<br>• Advanced LTC Preceptorships: REDACTED MD<br>LTC Pilot Studies (NML)<br>"Progress Notes": Psychopharm publication | **In Development**<br><br>Comercial Analysis<br>Rx "Influencer" Analysis (Optimal Detailing Analysis)<br>Market Expansion: ALF Message<br>• ALF Account Management: Purchasing/Provider (NAMs)<br>• Rx Influencer Overlap (SNF/ALF)<br>Regional Account Management (Nursing Home Chains/Providers)<br>LTC Sales Force Expansion ROI<br><br>Tactics<br>NAM Provider pull-through programs<br>SNF/ALF Promo Materials (premiums)<br>Comprehensive CME Package: BDD/Epilepsy content<br>LTC Pilot Studies (NML)<br>Impulsive Aggression (002) Data | **In Development**<br><br>Commercial Analysis<br>Program ROI Analysis<br>Market Expansion<br>• Home Healthcare Account Management<br>• Rx Influencer Overlap (SNF/ALF: HHC)<br><br>Tactics<br>Comprehensive CME Package components<br>LTC Pilot Studies<br>Trimester 1 02 Promo |
| **Implementation**<br><br>Commercial Analysis<br>Q400 LTC Message Recall<br>Q400 LTC Consultant Surveys<br>LTC Sales Force Optimization Analysis<br>Sales Force 2001 Reports (revised)<br><br>Incentive Plan<br>Revised LTC Incentive Plan: DDD, Retail, Impact Goals<br><br>Tactics<br>LTC Consultant Programs<br>BDD Supporting Articles (738/VALIDATE)<br>ER Geriatric Data<br>AAGP: CME Symposia "Neuroprotection"<br>AMDA: CME Symposia "BDD: Role of Mood Stabilizers"<br>CME Monograph: "Treating Agitation/Aggression"<br>LTC "branded" premiums<br><br>Training<br>ISTC Preceptorships<br>ISTC LTC Training Program (revised) | **Implementation**<br><br>Commercial Analysis<br>LTC Market ATU<br>Rx "Influencer" Analysis (part 1: District/geographical targeting)<br>REDACTED MDS Database Analysis<br>LTC Consultant Surveys<br>Neurology<br>• Geriatric Epilepsy Targeting/Message<br>• BDD in Neurology<br>Tactics<br>Comprehensive CME Package ("Masters")<br>• Regional CME Meetings<br>• CME Video/Monograph<br>BDD Supporting Articles (738/VALIDATE)<br>APA CME Symposia: "Neuroprotection"<br>AGS CME Symposia: "Anticonvulsants in LTC"<br>US Geriatric/LTC Congress CME Symposia: "New Perspectives in Managing BDD"<br>LTC Advisory Meeting<br>LTC "branded" premiums<br>LTC Pilot Data (NML)<br>"Progress Notes": Am. Society of Psychopharm national publication<br>Training: Advanced Preceptorships (April and May w/ REDACTED, MD) | **Implementation**<br><br>Commercial Analysis<br>Rx Influencer Analysis (part 2)<br>Market Expansion<br>• SNF/ALF: NAM/Rep Targeting<br>• Regional Account Management<br><br>Tactics<br>Comprehensive CME Package ("Masters")<br>• CME Monograph<br>• Teleconferences<br>CME Symposia: NADONNA<br>CME Symposia: ASCP<br>LTC Pilot Data<br>Impulsive Aggression (002) Data |